**RESNICK & LOUIS, P.C.**
MATTHEW J. COOK, ESQ.
Nevada Bar No. 15028
mcook@rlattorneys.com
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
Telephone: (702) 997-3794
Facsimile: (702) 702-9590
Attorney for Defendant, Progressive Northern Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT COURT NEVADA**

| | |
|---|---|
| JONATHAN DOMINGUEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY; a foreign Corporation; DOES I-V; and ROE BUSINESS ENTITIES I-V, inclusive,<br><br>Defendants. | **CASE NO.: 2:26-cv-01997-JAD-DJA**<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 24 |

COMES NOW Defendant Progressive Northern Insurance Company and Plaintiff Jonathan Dominguez, by and through their respective attorneys of record, and hereby stipulate and agree to dismiss with prejudice Plaintiff Jonathan Dominguez's Operative Complaint against Defendant

///

///

///

///

///

///

///

Progressive Northern Insurance Company and all defendants. Each party is to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 23rd day of October, 2026

**GAZDA & TADAYAN**

*/s/ Afshin Tadayan*

LEWIS GAZDA, ESQ.
Nevada Bar No. 04269
AFSHIN TADAYAN, ESQ.
Nevada Bar No. 6517
2600 South Rainbow Blvd., Suite 200
Las Vegas, NV 89146
Attorneys for Plaintiff, Jonathan Dominguez

DATED this 23rd day of October, 2026.

**RESNICK & LOUIS, P.C.**

*/s/ Matthew J. Cook*

MATTHEW J. COOK, ESQ.
Nevada Bar No. 15028
8945 West Russell Road, Suite 330
Las Vegas, Nevada 89148
Attorney for Defendant, Progressive Northern Insurance Company

**ORDER**

Based on the parties' stipulation [ECF No. 24] and good cause appearing, IT IS HEREBY ORDERED that T**HIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE.**

**IT IS SO ORDERED.**

DATED this 27th day of October, 2026.

**UNITED STATES DISTRICT JUDGE**